[No. 47377-1-II.   Division Two.   April 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY TRENTON ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00059-8, John R. Hickman, J., entered July 25, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 32582-2-III.   Division Three.   April 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL RAE PURCELL, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 14-1-00001-8, Scott D. Gallina, J., entered June 4, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J.; Korsmo, J., dissenting.

[No. 32745-1-III.   Division Three.   April 7, 2016.]

ESTATE OF SUSAN HUNTER, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-2-00314-5, John D. Knodell III, J., entered August 8, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33098-2-III.   Division Three.   April 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW JACKSON GILBERT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00579-5, John D. Knodell III, J., entered January 20, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Price, J. Pro Tem.